In the Matter of the Application of FRANCIS DOWNS for an Order of Certiorari, Respondent, against AUSTIN J. ROCHE, Commissioner of Police of the City of Buffalo, and Another, Respondents.— Order of certiorari sustained, determinatio annulled, without costs, and a rehearing ordered, on the ground that the finding of intoxication is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ELEANOR A. FELS, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPH H. GILMORE and Others, Respondents, v. CITY OF ROCHESTER, Appellant.— Judgment affirmed, with costs, on the ground that the original estimate of $2,000 as the cost of the improvement contained in the original notice, without an amendment of the estimate, constitutes substantial error when the total expense for the improvement levied upon the property owners amounts to $82,459.52. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

VINCENT FRANDINA, an Infant, etc., Respondent, v. SAM SHUR, Also Known as SAMUEL SALVO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANK FRANDINA, Respondent, v. SAM SHUR, Also Known as SAMUEL SALVO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROSE FRANDINA, Respondent, v. SAM SHUR, Also Known as SAMUEL SALVO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN SCHOEFFTER, an Infant, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of CHARLES M. BURROWS and Another, as Executors, etc., of LORENZO BURROWS, Deceased.*— Decree reversed on the law, so far as it relates to construction of the fourth paragraph of the decedent's will, and the words " heirs and assigns " in said paragraph construed as words of limitation (*Matter of Tamargo*, 220 N. Y. 225), and otherwise affirmed, with separate bills of costs to Lynn M. Burrows and Lorenzo Burrows, 3d, payable out of the estate. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [139 Misc. 802.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND FRITCHER, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.